**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WALTER LANDI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -vs- <br><br> THE TIMKEN COMPANY, <br><br> Defendant. | Case No. 2:24-cv-07330 <br><br> Judge Joan Humphrey Lefkow |

Now comes Plaintiff, Walter Landi, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: October 28, 2024

                                        Respectfully submitted,

                                        By: /s/ *Michael L. Fradin*
                                        Michael L. Fradin, Attorney at Law
                                        8401 Crawford Ave. Ste. 104
                                        Skokie, IL 60076
                                        P: 847-986-5889
                                        F: 847-673-1228
                                        Email: mike@fradinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/ *Michael L. Fradin*

- 1 -